IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) 5:19 CR 107 |
| | ) |
| v. | ) CASE NO. _____ |
| | ) Title 18, United States Code, |
| CHRISTOPHER SMALLWOOD, | ) Sections 875(c) and 844(e) |
| | ) |
| Defendant. | ) JUDGE POLSTER |

COUNT 1
(Interstate Communication of a Threat, 18 U.S.C. § 875(c))

The Grand Jury charges:

1. On or about September 1, 2018, to on or about November 14, 2018, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant CHRISTOPHER SMALLWOOD, did knowingly and willfully transmit in interstate and foreign commerce communications, to wit: a series of reports to the online ATF Tip website purportedly from females associated with the website "myfreecams.com", which contained threats to kill people with explosives and firearms, to destroy government buildings, and declarations of allegiances to known terrorist organizations, with knowledge that the communications would be viewed as threats, in violation of Title 18, United States Code, Section 875(c).

COUNT 2
(Willfully Making a Threat, 18 U.S.C. § 844(e))

The Grand Jury further charges:

2. On or about September 1, 2018, to on or about November 14, 2018, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant CHRISTOPHER SMALLWOOD, did through the use of an instrument of interstate and foreign commerce

maliciously and willfully convey false threatening information, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate any individual or unlawfully damage or destroy any building, vehicle, or other real or personal property, by means of fire or an explosive, in violation of Title 18, United States Code, Section 844(e).

A TRUE BILL.

Original document  - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.