UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 5:19cr107 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Christopher Smallwood, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

Pursuant to 18 U.S.C. § 4241, the Court orders that Defendant Christopher Smallwood undergo a psychiatric or psychological exam to determine mental competency and sanity at the time of the offense. The examination shall be conducted by Dr. Otto Kausch or a designee of his choosing.

Pursuant to 18 U.S.C. §§ 4241 and 4247, the examiner shall prepare a written report within 45 days setting forth the results of the examination and include the defendant's history and present symptoms, a description of the psychiatric, psychological, and medical tests that were employed with the results, the examiner's findings, the examiner's opinions as to diagnosis , prognosis, and whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in him defense.

The Court instructs the U.S. Pretrial Services and Probation Office to notify the Court once the examinations are complete. A copy of the report shall be presented to the Court in camera. The psychiatric examination shall be paid for by the U.S. Attorney's Office.

IT IS SO ORDERED.

| | |
|---|---|
| March 20, 2019 | */s/ Dan Aaron Polster* |
| Date | Dan Aaron Polster |
| | United States District Judge |