IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:19-cr-107 |
| | ) | |
| Plaintiff | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | |
| CHRISTOPHER SMALLWOOD, | ) | **MOTION TO TRAVEL** |
| | ) | |
| Defendant. | ) | |

    Now comes Christopher Smallwood, who, by and through counsel, respectfully requests that he be given permission to travel outside the jurisdiction of the Court for brief family visits. Chris and his family have agreed to provide advance notice of such travel to Pretrial Services Officer Dennis Reed, who does not object to this request as evidenced by the attached email.  As such, he requests the Court rule favorably on this Motion.

                                     Respectfully submitted,

                                     /s/ Kenneth R. Callahan
                                     KENNETH R. CALLAHAN (S.C.R. 0032704)
                                     kcallahan@collins-scanlon.com
                                     Collins & Scanlon LLP
                                     3300 Terminal Tower
                                     50 Public Square
                                     Cleveland, Ohio 44113-2289
                                     Telephone:  216.696.0022
                                     Facsimile:  216.696.1166

                                     Attorney for Defendant
                                     Christopher Smallwood

## CERTIFICATE OF SERVICE

I hereby certify that Defendant's forgoing *Motion to Travel* has been forwarded via the Court's electronic filing system this 8th day of April, 2019 to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

/s/ Kenneth R. Callahan
KENNETH R. CALLAHAN (S.C.R. 0032704)

Attorney for Defendant
Christopher Smallwood

P:\Callahan\Smallwood, C\Pleadings\Motion to Travel - 4.8.19.docx