# Kenneth Callahan

**From:** Dennis_Reed@ohnp.uscourts.gov
**Sent:** Friday, April 05, 2019 10:39 AM
**To:** Kenneth Callahan
**Subject:** Re: Chris Smallwood Travel

That is fine.

Thanks

Sent from my iPhone

On Apr 5, 2019, at 10:14 AM, Kenneth Callahan <kcallahan@collins-scanlon.com> wrote:

> Mr. Reed
>
> I am going to file a Motion to Travel for Chris Smallwood; the travel would be small weekend trips with his Mom and step-dad. Can I indicate that you do not object? Thanks
>
> Kenneth Callahan
> 3300 Terminal Tower
> 50 Public Square
> Cleveland, OH 44113
> 216-696-0022
> kcallahan@collins-scanlon.com
> <image001.jpg>

1



EXHIBIT A